# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MARTIN FORSYTH,** | } |
| Plaintiff, | } |
| v. | }   Case No.:  7:17-cv-00854-RDP |
| **UNIVERSITY OF ALABAMA BOARD OF TRUSTEES, et al.,** | } |
| Defendants. | } |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the court finds Defendant is entitled to summary judgment on Plaintiff Martin Forsyth's two remaining claims under Section 504 of the Rehabilitation Act. Accordingly, Defendant's Motion for Summary Judgment (Doc. # 69) is **GRANTED**.

Costs are taxed against Plaintiff.

**DONE** and **ORDERED** this June 12, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE