FILED
2020 Jul-02 PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MARTIN FORSYTH,** | ) |
| **Plaintiff,** | ) |
| v. | ) **CIVIL ACTION NO:** |
| | ) **7:17-cv-00854-RDP** |
| **UNIVERSITY OF ALABAMA BOARD OF TRUSTEES,** | ) |
| **Defendant.** | ) |

## PLAINTIFF'S NOTICE OF APPEAL

COMES NOW Plaintiff Martin Forsyth ("Plaintiff"), by and through his attorneys, and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered on June 12, 2020 (Docs. 80 & 81) granting summary judgment as to Plaintiff's claims against Defendant University of Alabama Board of Trustees. Plaintiff also appeals from all interlocutory rulings and orders affecting his rights entered by the Court prior to the entry of the Order on June 12, 2020. (*E.g.*, docs. 30, 31, 42, & 43).

Respectfully submitted,

*/s/ Alicia K. Haynes*
Alicia K. Haynes
Charles E. Guerrier
Brian O. Noble
Attorneys for Plaintiff

**OF COUNSEL:**
HAYNES & HAYNES, P.C.
1600 Woodmere Drive
Birmingham, AL 35226
Tel: (205) 879-0377
Fax: (205) 879-3572
akhaynes@haynes-haynes.com
ceguerrier@haynes-haynes.com
bonoble@haynes-haynes.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2020, a copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system which serves notice on the following counsel of record.

J. Tobias Dykes
Michael I. Spearing
Robin H. Jones
The University of Alabama System
Office of General Counsel
Box 870106
Tuscaloosa, AL 35487-0106
jtdykes@uasystem.edu
mspearing@uasystem.edu
rjones@uasystem.edu

*/s/ Alicia K. Haynes*
OF COUNSEL